UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD MELHEM, | : |
| Plaintiff, | : |
| v. | : No. 5:18-cv-02007 |
| PELLA CORPORATION and GUNTON CORPORATION, | : |
| Defendants. | : |

# **O R D E R**

**AND NOW**, this 11th day of July, 2018, upon consideration of Defendant Pella Corporation's Motion to Dismiss, ECF No. 4, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that:

1. Pella's Motion, ECF No. 4, is **GRANTED as unopposed**;

2. Plaintiff's claims against Pella are **DISMISSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge